# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MARCUS ANDREAY NOBLE                                     PLAINTIFF

v.                      No. 4:16CV00689-JLH-JJV

SHELNUT, Detention Officer,
Saline County Jail; *et al*.                                    DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendants Parker and Wright are DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 28th day of October, 2016.

                                                         _____
                                                         J. LEON HOLMES
                                                         UNITED STATES DISTRICT JUDGE