## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARCUS ANDREAY NOBLE                                                         PLAINTIFF
ADC #106910

v.                          4:16CV00689-JLH-JJV

SHELNUT, Detention Officer,
Saline County Jail; *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk will amend the docket to reflect the full name of defendant Darrin Shelnut. Document #19 at 1.

2. Defendant Li Mandri's motion for summary judgment is GRANTED (Document #49), and plaintiff's claims against her are DISMISSED with prejudice.

3. Defendant Shelnut's motion for summary judgment is GRANTED IN PART and DENIED IN PART (Document #54):

    A. Defendant Shelnut's motion is granted to the extent plaintiff's official capacity claim against him is DISMISSED with prejudice.

    B. Defendant Shelnut's motion is denied to the extent plaintiff's personal capacity claim against him will proceed.

1

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order adopting the recommendations would not be taken in good faith.

DATED this 11th day of August, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE