# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARCUS ANDREAY NOBLE　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #106910

v.　　　　　　　　　　　　4:16CV00689-JLH-JJV

SHELNUT, Detention Officer,
Saline County Jail; *et al.*　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **ORDER**

The agreed motion to dismiss is GRANTED. Document #65. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 28th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE